JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| MICHAEL F. LANGROCK, Friend of G.S.L. and A.M.L., | **Case No. CV 18-00300-VBF-RAO** |
|---|---|
| Petitioner, | |
| v. | JUDGMENT |
| SUPERIOR COURT OF CALIFORNIA FOR THE COUNTY OF VENTURA CALIFORNIA, et al., | |
| Respondent. | |

IT IS ADJUDGED that this action is dismissed without prejudice for the reasons set forth in the contemporaneously issued Order Summarily Dismissing Petition for Writ of Habeas Corpus for Lack of Jurisdiction

Dated: February 6, 2018

*Valerie Baker Fairbank*

VALERIE BAKER FAIRBANK
Senior United States District Judge